IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATH DOBIAS,<br><br>      Plaintiff,<br><br>  v.<br><br>ALLENBY, et al.,<br><br>      Defendants. | Case No. C 14-4539 RMW (PR)<br><br>ORDER OF TRANSFER |

    On October 10, 2014, plaintiff, a civil detainee proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against officials at Coalinga State Hospital. Coalinga lies in Fresno County.[1] Because Fresno County lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the Eastern District of California. See 28 U.S. C. § 1406(a). The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

    IT IS SO ORDERED.

DATED: _____

RONALD M. WHYTE
United States District Judge

---

[1] This matter was transferred to this court on November 18, 2014.

Order of Transfer
P:\PRO-SE\RMW\CR.14\Dobias539transfer.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HEATH DOBIAS,

        Plaintiff,

  v.

CLIFF ALLENBY et al,

        Defendant.

Case Number: CV14-04539 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Heath Dobias 994-4
Coalinga State Hospital
P.O. Box 5003
Coalinga, CA 93210-5003

Dated: December 17, 2014

                                    Richard W. Wieking, Clerk
                                    By: Jackie Lynn Garcia, Deputy Clerk